# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

ROBERT PAUL CONRAD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2780

———————————————

October 31, 2025

Appeal from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

Blair Allen, Public Defender, and Megan Banfield, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.